**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5682-16T1

SALEEM MAHMOOD, M.D.,
PC,

 Plaintiff-Appellant,

v.

ATTIYA TINA MAHMOOD, a/k/a
TINA MAHMOOD, ATTIYA TINA
SALEEM, and TINA SALEEM,

 Defendant-Respondent.

_____

   Submitted March 5, 2019 – Decided March 25, 2019

   Before Judges Fisher, Hoffman and Geiger.

   On appeal from Superior Court of New Jersey, Law Division, Somerset County, Docket No. L-0287-17.

   Drinker Biddle & Reath LLP, attorney for appellant (Andrew B. Joseph, on the briefs).

   Seema M. Singh, attorney for respondent.

PER CURIAM

We have been advised that this matter has been settled and the parties have executed a stipulation of dismissal. Accordingly, the appeal is dismissed with prejudice and without costs as to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION